*Probationary Full-Time Faculty Notice of Appointment*
*With*
*Community College District No. 507*
*Vermilion, Edgar, Iroquois, Champaign, and Ford Counties, Illinois*
*2000 East Main Street*
*Danville, IL 61832*

This contract is entered into by and between **Brandon Daily,** a *Probationary Full-Time Faculty Member* and the *Board of Trustees*, hereinafter called the *Board*, of *Community College District No. 507*, Vermilion, Edgar, Iroquois, Champaign, and Ford Counties, Illinois.

*Witnesseth,* that in consideration of an adjusted base salary for **Fiscal Year (2023-2024)** of **$50,000.00** less any legal authorized deductions, including but not limit to required SURS deduction paid by the employee, said Employee agrees to well and faithfully perform the duties of **Wind Energy/Solar Technician Instructor, Business & Technology** and such other duties connected with *Community College District No. 507* as may be assigned by the *Board* or its duly authorized representative. For each full month of employment, such salary will be paid in semi-monthly installments on the pay period dates as established and published by the Payroll Department. For each partial month of employment, payment will be prorated.

*And It Is Further Agreed:*

(1) That said contractual term shall commence on the **16th** day of **August 2023,** and terminate on the **30th** day of **June 2024,** and shall include all the teaching and in-service days designated on the official College calendar as it now appears or may hereafter be amended, that occur on or within these two dates. Teaching days or in-service days missed due to inclement weather or other causes will be made up within the period of the contract as specified within this paragraph.

(2) That there shall be deducted from the salary of said *Probationary Faculty Member* an amount equal to the pay for one day of service for each day of service during the contract term in which it is not performed, unless absence from duty with pay is specifically authorized by Board Policy, or unless absence from duty is occasioned by illness or injury qualifying as sick leave within the provisions of the *Board's* established sick leave policy.

(3) That if said *Probationary Faculty Member* is lawfully discharged or is released by mutual agreement before the completion of said term, final settlement shall be made so the total amount which the *Probationary Faculty Member* shall have received shall be an amount equal to the product of the number of days of service multiplied by the amount considered as pay for one day of service. Days of service actually performed shall be deemed to include sick leave days and authorized absence days for which pay has been authorized prior to the date of release, discharge, or termination.



PLAINTIFF'S EXHIBIT A

(4) That said *Probationary Faculty Member* shall present to the Secretary of the Board of Trustees by September 1, official transcripts as evidence of additional education for proper placement on the salary schedule in effect.

(5) That the probation period is defined as three full academic calendar years of service under contract with the *Board*. Until specific action is taken by the *Board*, protection of the Tenure Policy is not in force.

(6) That it shall be agreed that the *Board* will notify the *Probationary Faculty Member* by April 1 by certified mail of its intention as to employment for the next full academic calendar year. That employment with *Community College District No. 507* shall not be continued beyond the terms of this contract without specific action of the *Board*.

(7) That this contract shall be invalid if the *Probationary Faculty Member* is under contract with another *Board of Trustees* in the State of Illinois to teach covering the same period of time.

(8) That this contract shall be subject to reduction as provided by the Illinois Pension Code, as amended by PA 81-1165 and effective January 1, 1981; specifically a reduction for State University Retirement System contributions for participants which shall be treated as the employer's contribution in determining tax treatment under the United States Internal Revenue Code.

(9) That by acceptance of this contract, the *Probationary Faculty Member* hereby agrees to be governed by the policies of the *Board* and to perform the duties as assigned by authorized College Administrators.

This contract shall be without force and effect unless it is in the hands of the *Board*, bearing the signature of said *Probationary Faculty Member* and the Secretary of the Board on or before the **31st** day of **August 2023**. In such event, the terms and conditions including economic benefits of the previous year's contract will be continued.

In Testimony Whereof, we have hereunto subscribed our names on dates as hereinafter stated.

| Date | Employee |
|---|---|
| 8/24/23 | *[signature]* |
| Date | Secretary<br>Board of Trustees<br>Community College District No. 507 |