# 4055 Suspension or Dismissal for Cause

The primary purpose for establishing and enforcing rules is to ensure efficient operation and safe working conditions for all College employees, students, and visitors. While on College premises and/or engaged in College business, every employee is expected to observe all College rules. Any or all employees who fail to do so are subject to disciplinary action up to and including discharge.

**Procedure**

A first offense for certain misconduct which is of a serious nature will result in immediate discharge without prior warning. For other types of misconduct which are less serious, the Board may, at its discretion, choose to utilize progressive disciplinary action to give errant employees a chance to correct their behavior. The Board may skip steps or repeat steps, depending on the circumstances, but the basic progressive disciplinary process includes:

1. Oral warning.
2. Written warning, usually with counseling from the employee's immediate supervisor.
3. Suspension with or without pay.
4. Termination.

Employees may be disciplined for a variety of reasons, some of which are listed below. The list is not all-inclusive, and the College reserves the right to discipline and discharge employees for unacceptable conduct not listed below. Possible reasons for discipline include:

- Failure to report.
- Demonstrated failure to perform assignments, duties and responsibilities.
- Conviction of a felony.
- Excessive absence from work days not covered as approved leave.
- Willful damage to College property or failure to protect College property adequately.
- Willful falsification of resources.
- Gross insubordination.
- Serious breach of confidentiality.
- Incompetence, cruelty, negligence or immorality.

Except as otherwise provided herein, the President or his/her authorized designee is empowered to impose discipline at his discretion, which may become effective immediately upon appropriate notice to the employee. If a complaint of serious misconduct is made against an employee, the President or his/her designee may suspend that employee with pay pending an investigation. The suspension with pay shall be for the purpose of investigating any charges and may continue until the investigation is complete. In the event that the President determines that the charges are without merit, no reference to the suspension shall remain in the employee's personnel file.

Whenever practicable, prior to any suspension without pay or termination of employment, the employee shall be notified of the reason for such disciplinary action by the President or his designee and shall be afforded the opportunity to answer, rebut or state his or her position with respect to the basis for the contemplated disciplinary action.

If an employee is suspended without pay, and/or if an employee is notified by the President or the President's designee of a decision to recommend the termination of his or her employment to the Board of Trustees, then the employee may request a hearing before the Board by submitting a written request to the President of the College within seven (7) calendar days after the employee receives notice of the suspension without pay and/or the recommended termination.

The Board at its sole discretion may designate a hearing officer, who may or may not be a member of the Board, to conduct such a hearing. During the hearing, the hearing officer shall review the reasons for the discipline as presented by the President or his designee and any information which the employee wishes to present in writing or in person. The employee shall have the right to be represented by counsel at the hearing. At the sole discretion of the Board or the Board-designated hearing officer, the President or his designee or the employee may present additional witnesses. If the Board designates a hearing officer to conduct such a hearing, then following the hearing, the hearing officer shall submit his or her findings and recommendations to the full Board and the ultimate decision shall be made by a majority of the members of the Board. The Board may either accept, approve, reduce, increase or otherwise modify the nature of the discipline imposed or requested. (e.g., the Board could approve the President's recommendation for a termination of employment, or reinstate an employee with or without back pay.) If the Board determines that a suspension without pay was appropriate, or that the period of any suspension without pay should be reduced, the employee shall receive back pay for the period of the suspension, or portion thereof, that is not sustained by the Board.

The Board reserves the final right to interpret and apply all College policies, procedures, rules and regulations. The decision of the Board with respect to a disciplinary matter shall be final.

**Adopted Date**

07-28-1992

PLAINTIFF'S EXHIBIT
**B**