

**Welcome,**
**Brandon Daily**



# Training History for Brandon Daily

**From Date:** 2023-08-01
**To Date:** 2024-01-19

| COURSE | DURATION | COMPLETION DATE |
|---|---|---|
| Active Assailant Preparedness: Full Course (Staff) | 48 Minutes | August 30, 2023 |
| 15-Passenger Van Safety: Full Course | 21 Minutes | October 30, 2023 |
| Active Shooter: Run, Hide, Fight: Full Course | 15 Minutes | August 30, 2023 |
| Bloodborne Pathogen Exposure Prevention: Full Course | 20 Minutes | August 29, 2023 |
| Diversity and Inclusion: Faculty and Staff: Full Course | 13 Minutes | August 29, 2023 |
| FERPA: Confidentiality of Records: Full Course | 17 Minutes | August 29, 2023 |
| Sexual Violence Awareness for Employees (Campus SaVE Act): Full Course | 44 Minutes | August 29, 2023 |

× My Assignments
Training History
Extra Training

Log Out



**PLAINTIFF'S EXHIBIT**
**C**

 Welcome, **Brandon Daily**





|  | Title IX and Sexual Harassment: Full Course | 27 Minutes | August 29, 2023 |

- My Assignments
- Training History
- Extra Training
- Log Out

Danville Area Community College