

**Danville Area Community College**

November 14, 2023

Brandon Daily
12518 South Hickory Lane
Covington, IN 47932

Dear Mr. Daily,

This letter is notification to you regarding your employment status at Danville Area Community College. Effective 11/13/2023 your employment was suspended pending an investigation, as you were informed during our meeting.

The College Administration is prepared to make a recommendation to the Board of Trustees to terminate your employment as a probationary instructor effective the date of the Board of Trustee meeting. The next Board meeting is scheduled for November 16, 2023.

Danville Area Community College is committed to providing an educational and workplace environment that is free from harassment and discrimination. The incident that occurred created an intimidating, hostile and offensive environment.

Your insurance benefits will end on November 30, 2023. COBRA insurance will be offered to you and mailed to your home. Your final paycheck will be processed and mailed to your home at the end of November.

Sincerely,

Dr. Stephen Nacco
President

Cc:   Kathy Hunter, Union President
      Personnel file



PLAINTIFF'S EXHIBIT D

2000 East Main Street
Martin Luther King Memorial Way
Danville, IL 61832
217-443-DACC (3222)