Gmail

Brandon Daily <bd_____@gmail.com>

# Hearing Request
3 messages

**Brandon Daily** <_____@gmail.com>   Thu, Nov 16, 2023 at 2:12 PM
To: s.nacco@dacc.edu
Cc: "k.hunter@dacc.edu" <k.hunter@dacc.edu>, steve.vaughan@ieanea.org

Dr. Nacco,

The following board policy (4055 Suspension or Dismissal for Cause) affords me the right to request a hearing before the board in response to your recommendation that my employment be terminated. It reads in part,

*If an employee is suspended without pay, and/or if an employee is notified by the President or the President's designee of a decision to recommend the termination of his or her employment to the Board of Trustees, then the employee may request a hearing before the Board by submitting a written request to the President of the College within seven (7) calendar days after the employee receives notice of the suspension without pay and/or the recommended termination.*

Please consider this a formal written request for a hearing before the board.

Thank you,
Brandon Daily



PLAINTIFF'S EXHIBIT E