2:24-cv-02248-CSB-EIL     # 1-6     Filed: 10/28/24     Page 1 of 2

E-FILED
Monday, 28 October, 2024  02:16:46 PM
Clerk, U.S. District Court, ILCD


Advertisement



# DACC Board Meeting: Fun Science Event Returns, Wind/Solar Tech Instructor Regretfully Dismissed

By Steve Brandy

Nov 16, 2023 | 8:10 PM

It was a mix of positive and negative vibes at the Thursday night (Nov 16th) Danville Area Community College Board of Trustees meeting.

On the positive side; Friday, November 3rd was the return of Family Science Night for the first time since 2017.  As science professor Dr. Wendy Brown explained; she began the event back in 2003, and it had been held every two years.  But then, it was interrupted by the pandemic.

But this year, it was back in Mary Miller Gym, with about 300 in attendance.  It will be scheduled again in 2025, and Dr. Brown mentioned they hope to soon have it back up to 500 in attendance, where it was in 2017.

Two of Dr. Brown's students, Brooklynne Klett and Liam Presler, talked about how much fun it was to amaze the school children in attendance with science.





*DACC Science Professor Dr. Wendy Brown, Science student Liam Presler, and Science student Brooklynne Klett talk about the recent return of Family Science Night; November 3rd in Mary Miller Gymnasium.*

00:00                                                                                                                        00:00

**AUDIO: I really liked that the kids were able to have that hands on experience. We had a bunch of different stations that had different professions; and they could choose what they want to do with their future.**

00:00                                                                                                                        00:00

**AUDIO: I tried putting as much energy as I could, because it is something I'm really passionate about. If it could become something that they become passionate about, that would make the world for me.**

On the negative vibe side, the Human Sources Report approved during the meeting included the dismissal of Wind/Solar Technician Instructor Brandon Daily. President Dr. Stephen Nacco told Neuhoff Media afterwards that "no one took pleasure" in the action that was taken, but that "the protection of the school" had to be the first priority after a recent incident.

The recent incident involved a College Express construction class for area high school students that Daily happened to be teaching. Students were working on a project and some loose items were assembled into a swastika that was left in the classroom. That item was later found and turned in.



*DACC Union Faculty President Kathy Hunter speaks to Board of Trustees in defense of Wind/Solar Technician Instructor Brandon Daily.*

Two of Daily's wind technology students spoke on his behalf at the meeting, saying he had improved the class immensely, making it much more hands on. Other students who were there stood up when Union Faculty President Kathy Hunter spoke on Daily's behalf. Hunter even read a statement from a College Express student that claimed responsibility, saying Daily should not be punished for what he had done. Kathy Hunter agreed. She said the incident happened when students were working on things after class.

00:00                                                                                                                        00:00

**AUDIO: He's done more in this first semester that we've had done in the last ten years. There's been more activity in the lab than there's been in ten years. He has run out and spoken to doners for scholarships; he's taken these kids on tours; he's talked to employers. He has very, very, very good potential.**

But with the dismissal action now taken, Dr. Nacco says a replacement instructor is there on a temporary basis, which could become a permanent basis.